GIOVANNI BISTRIAN, an Infant, by MICHAEL BISTRIAN, His Guardian ad Litem, Respondent, v. " COSULICH " SOCIETA TRIESTINA DI NAVIGAZIONE (Sued Herein as SOCIETA TRIESTINA DI NAVIGAZIONE), Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.